**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN W. HAGGERTY JR., ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO.  CIV-17-0251-HE |
| | ) | |
| ATLAS DRILLING LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ADMINISTRATIVE CLOSING ORDER**

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 19th day of April, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE