**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

1. JOHN W. HAGGERTY, JR., *et al,* )
)
Plaintiffs, )
)
v. ) Case No. CIV-17-251-HE
)
1. ATLAS DRILLING LLC, )
)
Defendant. )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, Atlas Drilling, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and (B), with each party to bear their own costs and fees.

Respectfully submitted,

*s/Leah M. Roper*
Leah M. Roper, OBA #32107
D. Colby Addison OBA #32718
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile: 405.703.4061
E-mail: leah@lhllaw.com
colby@lhllaw.com
*ATTORNEYS FOR PLAINTIFFS*

AND

*s/ Sloane Ryan Lile*
D. Mitchell Garrett, Jr., OBA #20704
Anthony L. Allen, OBA #19738
Sloane Ryan Lile, OBA #21342
427 S. Boston Avenue, Suite 320
Tulsa, Oklahoma 74103
Telephone: 918.895.7216
Facsimile: 918.895.7217
mitchell@allengarrett.com
anthony@allengarrett.com
sloane@allengarrett.com
*ATTORNEYS FOR PLAINTIFFS*

AND

Christopher L. Camp, OBA #18541
Camp Law Firm
7122 S. Sheridan Rd., Suite 2-382
Tulsa, OK 74133
Telephone: 918.200.4871
Facsimile: 888.397.3643
*ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2018, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Bradley A. Gungoll, OBA #3660
Austin J. Keeney, OBA #22420
GUNGOLL, JACKSON, BOX & DEVOLL, P.C.
101 Park Avenue, Suite 1400
Oklahoma City, Oklahoma 73102
P: (405) 272-4710
F: (405) 272-5141
gungoll@gungolljackson.com
keeney@gungolljackson.com

*and*

Samuel R. Fulkerson, OBA #14370
Andre' B. Caldwell, OBA #22092
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
101 Park Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
P: (405) 546-3772
F: (405) 652-1401
sam.fulkerson@ogletree.com
andre.caldwell@ogletree.com
*Attorneys for Defendant*

s/ Leah M. Roper